# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.

**SALOMON MALOOF**

CASE NO. 8:21-cr-115-TPB-CPT
18 U.S.C. § 371
18 U.S.C. § 982

## INFORMATION

The United States Department of Justice Criminal Division charges:

### COUNT ONE
### (Conspiracy to Commit Money Laundering – 18 U.S.C. § 371)

1. Beginning on an unknown date, but at least as early as in or around August 2013, and continuing through and including at least on or about January 23, 2017, in the Middle District of Florida, the Southern District of Florida, the Republic of Colombia, and elsewhere, the defendant,

**SALOMON MALOOF,**

and others known and unknown to the United States Attorney, did knowingly and willfully combine, conspire, confederate, and agree with each other, to commit an offense against the United States, that is, to launder monetary instruments in violation of 18 U.S.C. § 1956, that is:

    a.    to transport, transmit, transfer, and attempt to transport, transmit, and transfer, monetary instruments and funds from a place in the

Defendant's Initials _SM_

Doc ID: 336edb58dc5d044c10535d539e4340a34df9177d

United States to a place outside the United States with the intent to promote the carrying on of a specified unlawful activity, that is, the unlawful distribution of controlled substances in violation of 21 U.S.C. § 841(a)(1), in violation of 18 U.S.C. § 1956(a)(2)(A); and

   b. to transport, transmit, transfer, and attempt to transport, transmit, and transfer, monetary instruments and funds from a place in the United States to a place outside the United States, knowing that said monetary instruments and funds represent the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer is designed in whole or in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of a specified unlawful activity, that is, the unlawful distribution of controlled substances, in violation of 21 U.S.C. § 841(a)(1), in violation of 18 U.S.C. § 1956(a)(2)(B)(i); all in violation of Title 18 U.S.C. § 371.

  **C.** **Manner and Means**

The manner and means by which the defendant and his conspirators sought to accomplish the objects of the conspiracy included, among others, the following:

  2. It was a part of the conspiracy that conspirators would and did launder cash proceeds of illegal drug sales in the United States from imported

2

Defendant's Initials 

drugs, repatriating those proceeds to drug traffickers in Colombia and converting those proceeds from dollars to pesos by way of a hybrid trade-based money laundering and black market peso exchange laundering scheme;

3. It was further part of the conspiracy that conspirators would and did obtain illegal drug proceeds held in various accounts, which conspirators would and did divert to MALOOF and a corporate entity under MALOOF's complete control;

4. It was further part of the conspiracy that MALOOF would and did use the illegal drug proceeds to purchase goods, including cell phones, for export to Colombia;

5. It was further part of the conspiracy that MALOOF used funds obtained by selling goods and services in Colombia to, among other things, repay co-conspirators and drug traffickers who gave MALOOF dollars in the United States.

## OVERT ACTS

In furtherance of the conspiracy, the following overt acts were carried out:

6. On or about March 20, 2015, MALOOF received a wire transfer in the United States of approximately $97,000 that consisted of drug proceeds.

7. On or about March 24, 2015, through March 31, 2015,

Defendant's Initials 

3

MALOOF delivered the $97,000 in cash to co-conspirators in the Republic of Colombia

8. On or about June 1, 2015, MALOOF received wire transfers in the United States totaling approximately $120,000 that consisted of drug proceeds.

9. On or about June 4, 2015, through June 16, 2015, MALOOF delivered the $120,000 in cash to co-conspirators in the Republic of Colombia.

10. On or about August 11, 2015, MALOOF received a wire transfer in the United States of approximately $21,000 that consisted of drug proceeds.

11. On or about August 12, 2015, through August 13, 2015, MALOOF delivered the $21,000 in cash to co-conspirators in the Republic of Colombia.

12. On or about November 14, 2016, MALOOF received and deposited a check in the United States for $30,800 that consisted of drug proceeds.

13. On or about November 16, 2016, MALOOF delivered the $30,800 in cash to co-conspirators in the Republic of Colombia

All in violation of 18 U.S.C. § 371.

Defendant's Initials 

4

## **FORFEITURE**

14. The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for all purposes.

15. From his engagement in any or all of the violations alleged in Count One, the defendant,

SALOMON MALOOF,

shall forfeit to the United States of America, pursuant to 18 U.S.C. § 982, any property, real or personal, involved in such offense and any property traceable to such property.

16. The assets to be forfeited specifically include, but are not limited to, a judgment in the amount that was involved in the offense.

17. If any of the forfeitable assets described above, as a result of any act or omission of the defendant:

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third person;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

Defendant's Initials 

5

Doc ID: 336edb58dc5d044c10535d539e4340a34df9177d

property under the provisions of 21 U.S.C. §853(p), as incorporated by 18 U.S.C. § 982(b)(1).

Respectfully submitted,

DEBORAH L. CONNOR
Chief

By: _____
Joseph Palazzo
MDFL No. 0669666
Deputy Chief
Money Laundering and Asset Recovery Section
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20005
(202) 514-1263
joseph.palazzo@usdoj.gov

Dated: July 13, 2020

Defendant's Initials ___*GM*

6